# Exhibit A

COPY

FEB 2 3 2017

MICHAEL K JEANES, CLERK
A. VALENZUELA
DEPUTY CLERK

COPY

1  Robert K. Lewis, State Bar No. 016625
   Christopher A. Treadway, State Bar No. 024171
2  LEWIS LAW FIRM, PLC
   2302 N. 3rd Street
3  Phoenix, AZ 85004
   Phone: (602) 889-6666
4  Fax:    (602) 252-1447
   rob@lewisandpokora.com
5  chris@lewisandpokora.com
   *Attorneys for Plaintiffs*
6

In association with

Amy M. Pokora, State Bar No. 027201
POKORA LAW, PLC
2302 N. 3rd Street
Phoenix, AZ 85004
Phone: (602) 889-6666
Fax:    (602) 252-1447
amy@lewisandpokora.com
*Attorney for Plaintiffs*

FEB 2 3 2017
MICHAEL K. JEANES, CLERK
A. VALENZUELA
DEPUTY CLERK

7

8                   **SUPERIOR COURT OF ARIZONA**

9                     **COUNTY OF MARICOPA**

10  JESSICA GAUDET, HEIDI GAUDET and
11  MELISSA GAUDET, individually, as
    surviving beneficiaries of Bruce Gaudet,
12
                       Plaintiffs,
13
    vs.
14
    ELECTRIC INSURANCE COMPANY, a
15  Massachusetts company; JOHN and JANE
    DOES I through X, fictitious individuals;
16  ABC CORPORATIONS I-X, MUNICIPAL
    CORPORATIONS I-X; XYZ
17  PARTNERSHIPS, SOLE
    PROPRIETORSHIPS and/or JOINT
18  VENTURES I-X, fictitious entities,
19
                       Defendants.

Case No.    CV 2017-000283

**COMPLAINT**

20      Plaintiffs Jessica Gaudet, Heidi Gaudet and Melissa Gaudet, by and through counsel

21  undersigned, allege as follows:

22                  **PARTIES, JURISDICTION AND VENUE**

23      1.     Plaintiff Jessica Gaudet is the surviving daughter of Bruce Gaudet and is a

24  resident of Clark County, Nevada.

25

26

2.    Plaintiff Heidi Gaudet is the surviving daughter of Bruce Gaudet and is a resident of Clark County, Nevada.

3.    Plaintiff Melissa Gaudet is the surviving daughter of Bruce Gaudet and is a resident of Clark County, Nevada.

4.    Plaintiffs Jessica Gaudet, Heidi Gaudet and Melissa Gaudet are collectively referred to as the "Gaudets".

5.    Defendant Electric Insurance Company ("Electric") is a Massachusetts company licensed to do business and doing business in the State of Arizona.

6.    Defendant Electric is responsible for the acts of its employees, agents, subcontractors, and representatives including, its attorneys.

7.    Defendant Electric is responsible for its agent corporate entities, subdivisions, sub-corporations, companies, agents and representatives.

8.    The deceased, Bruce Gaudet, was a resident of Maricopa County, Arizona.

9.    Defendants John and Jane Does I through V, ABC Corporations I-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures I-X are corporations, business entities, persons, agents, servants or employees whose true names are not now known to Plaintiffs Gaudet. To the extent of discovery to be conducted, Plaintiffs allege that John and Jane Does I through V, ABC Corporations I-X, XYZ Partnerships, Sole Proprietorships and/or Joint Ventures I-X are residents of the county of Maricopa, State of Arizona, and that they caused events to occur in the State of Arizona out of which Plaintiffs' cause of action arose. Plaintiffs request leave of Court to amend the complaint once the true identities of these fictitious defendants become known to them.

10.    Defendants caused events to occur in Maricopa County out of which this action arises.

11.     Jurisdiction and venue are proper in Maricopa County, Arizona.

12.     The amount in controversy exceeds the jurisdictional limits of this Court.

<b>GENERAL ALLEGATIONS</b>

13.     Plaintiff incorporates paragraphs 1-12 as though fully set forth herein.

14.     On January 26, 2012, Bruce Gaudet, the father of Jessica Gaudet, Heidi Gaudet and Melissa Gaudet, was killed as a result of Michael Crane's actions.

15.     Bruce Gaudet was found dead inside his Phoenix condominium.

16.     Bruce Gaudet was shot and his condo was set on fire.

17.     Michael Crane was charged with the death of Bruce Gaudet.

18.     At all times relevant herein, Defendant Michael Crane was a resident at 2539 E. Larkspur in Phoenix, Arizona.

19.     On March 14, 2013, Heidi Gaudet, Melissa Gaudet, and Jessica Gaudet filed a Complaint against Michael Crane in a Maricopa County Superior Court for negligence and assault and battery, cause number CV2013-002533, entitled *Gaudet v. Crane*.

20.     Plaintiffs sought damages including, but not limited to, those under A.R.S. § 12-612, § 12-613.

21.     Electric did not provide a defense for Crane in the lawsuit entitled *Gaudet v. Crane*.

22.     Electric did not provide indemnity for Crane in relation to the lawsuit entitled *Gaudet v. Crane*.

23.     Crane did not file an Answer or other responsive pleading.

24.     On May 7, 2013, the Gaudets sent a letter to Electric requesting the payment of the homeowner's insurance liability policy limit.

25.   At no time did Electric pay the Homeowner's insurance liability policy limit on behalf of Crane.

26.   Electric did not respond to the Gaudets' request for the homeowner's liability policy limit.

27.   On January 8, 2014, Electric moved to intervene in to the lawsuit *Gaudet v. Crane.*

28.   On February 21, 2014, the Court denied Electric's Motion to Intervene filed in *Gaudet v. Crane.*

29.   On November 21, 2014, Electric filed a Temporary Restraining Order and Preliminary Injunction without Notice and a Second Motion to Intervene in *Gaudet v. Crane.*

30.   Electric sought to prevent Crane from entering into an assignment of Crane's rights against Electric to the Gaudets.

31.   Electric undertook efforts to stop Crane from protecting himself in lawsuit *Gaudet v. Crane.*

32.   On November 24, 2014, the Court denied Electric's application for a Temporary Restraining Order.

33.   On December 2, 2014, the Gaudets filed an Application for Default Judgement.

34.   A default hearing was held on February 19, 2015.

35.   On February 25, 2015, the Honorable Katherine Cooper, a Judge of the Maricopa County Superior Court, issued three separate Judgments in favor of the Heidi Gaudet, Melissa Gaudet and Jessica Gaudet, and against Crane for TEN MILLION DOLLARS ($10,000,000) each, for a total of THIRTY MILLION DOLLARS ($30,000,000).

36.   Jessica Gaudet was awarded judgment in her favor and against Crane for ten million dollars ($10,000,000.00)

4

37.  Mellissa Gaudet was awarded judgment in her favor and against Crane for ten million dollars ($10,000,000.00)

38.  Heidi Gaudet was awarded judgment in her favor and against Crane for ten million dollars ($10,000,000.00)

39.  The Judgments were issued by a Maricopa County Superior Court after a hearing.

40.  The Judgments are for a reasonable amount.

41.  On September 28, 2015, all three Judgments were recorded against Crane with the Maricopa County Recorder's Office.

42.  All three judgments are executable against Crane and his personal assets.

43.  Electric did not pay the policy limit.

44.  Electric did not protect its insured.

45.  Electric left Crane to protect himself.

46.  Crane was left on his own to defend himself against the Gaudets' Complaint.

47.  Crane did not ddefend himself against the Gaudets' Complaint.

48.  Without the help of Electric, Crane was unable to defend himself.

49.  On May 6, 2014, the Gaudets filed a Petition for Appointment of a Special Conservator Pursuant to A.R.S. §14-5401(A)(2)(a) and §14-5409 in a Maricopa County Superior Court, cause number PB2014-002181, entitled In Re Matter of Special Conservatorship of Michael Lee Crane.

50.  On October 28, 2014, Kurt Hammond, Esq. was appointed as Special Conservator for Crane to identify the property that will be wasted or dissipated unless proper management is provided and to review and sign all documents and/or agreements to

effectuate the assignment of Crane's claim against his insurance company, Electric Insurance Company, to the Gaudets.

51.    On November 26, 3014, Electric moved to intervene into the probate matter.

52.    Electric sought to stop Crane and/or his Special Conservator from entering into an Assignment.

53.    On November 26, 2014, Electric filed for a Temporary Restraining Order.

54.    Electric sought to restrain the Special Conservator from executing a settlement agreement on behalf of Crane assigning Crane's rights against Electric to the Gaudets.

55.    On December 15, 2014, the Court in PB2014-002181 denied Electric's Motion to Intervene and found that its Application for a Temporary Restraining Order is moot.

56.    The Gaudets entered into a Covenant Not To Execute and Assignment ("Assignment") with Crane, via his court-appointed Special Conservator.

57.    Pursuant to the Assignment, the Gaudets agree not to execute the Judgments in the amount of $30,000,000 upon Crane personally or against his personal assets and Crane, via his court-appointed Special Conservator agreed, to assign to the Gaudets all claims and causes of action that Crane has against Electric.

58.    Pursuant to the Assignment, causes of action against Electric were assigned to the Gaudets.

59.

## COUNT ONE
### (Breach of Contract)

60.    Plaintiffs incorporate all prior paragraphs as fully set forth herein.

61.    The homeowner's insurance policy constitutes a contract of insurance between the Crane and Electric.

6

62.    Under the insurance policy contract Electric was required to provide a defense to Crane.

63.    Under the insurance policy contract, Electric was required to make indemnity payments on behalf of Crane.

64.    Electric's failure to defend Crane constitutes a material breach of the insurance policy.

65.    Electric's failure to provide indemnity for Crane constitutes a material breach of the insurance policy.

66.    Electric's failure to settle the claims against Crane constitutes a material breach of the insurance policy.

67.    As a direct and proximate result of Electric's breach of contract, Plaintiffs sustained, and will continue to sustain damages in amounts to be proven at trial.

68.    As a direct and proximate result of Electric's breach of contract, Plaintiffs sustained and will continue to sustain reasonably foreseeable consequential damages in an amount to be proven at trial.

69.    Because this matter arises of our contract, Plaintiffs are entitled to an award of their attorney's fees incurred herein pursuant to the A.R.S. 12-341.01.

**COUNT TWO**
**(Bad faith)**

70.    Plaintiffs incorporate all prior paragraphs as fully set forth herein.

71.    Electric issued a policy of insurance constituting a contract which ensured that Crane was entitled to receive liability coverage under the policy.

72.    Electric is responsible for the acts and omissions of its agents, representatives and employees, including, its lawyers.

73.     Electric acted in bad faith by failing to provide coverage and indemnity and defend Crane as provided for in the policy.

74.     Electric's failure to provide coverage and indemnity and defend Crane acted to destroy the very security of the policy purchased.

75.     Electric and/or its lawyers acted with an evil mind in that it knew or should have known that the coverage determination was flawed.

76.     Electric acted in bad faith and breached its implied covenant of good faith and fair dealing and breached its independent promise to adjust the claim consistent with the Arizona Unfair Claim Practices act ARS 20-461 and ARS 20-462 in the following ways:

A.     Failing to give equal consideration to Crane.

B.     Failing to protect Crane.

C.     Denying the claim without a reasonable basis.

D.     Failing to comply with the terms, conditions and exclusions of the policy.

E.     Failing to comply with Arizona law.

F.     Failing to conduct a prompt and adequate investigation of claims arising under an insurance policy.

G.     Failing to defend and indemnify Crane.

H.     Taking an unreasonable coverage position.

I.     Not attempting in good faith to effectuate a prompt, fair and equitable settlement of claims in which liability had become reasonably clear and the damages exceed the policy limits available.

J.     Failing to accept the policy limits demand.

K.     Collecting a premium without providing coverage.

L.     Attempting to stop its insured from protecting himself.

77.     Because this action arises out of contract, Plaintiffs are entitled to an award of attorneys' fees and costs pursuant to A.R.S. § 12-341.01

WHEREFORE, Plaintiffs seek judgment in their favor for damages including:

          1.     The amount of all judgments entered against Crane.

          2.     Benefits owed under the policy.

          4.     Reasonably foreseeable consequential damages from the breach.

          5.     Prejudgment interest under ARS §20-462.

          6.     Post-Judgment interest under §12-347.

          7.     Punitive damages in an amount sufficient to punish Electric.

          8.     Attorney's fees and taxable litigation costs.

DATED this 23rd day of February, 2017.

                            **LEWIS LAW FIRM, PLC**

                            By: _____

                               Robert K. Lewis

                               Christopher A. Treadway

                               *Attorneys for Plaintiffs*

                            In association with:

                            **POKORA LAW, PLC**

                            Amy M. Pokora

                            *Attorneys for Plaintiffs*

Exhibit B

20150696149

FILED
2/26/15 10:20am
MICHAEL K. JEANES, Clerk
By _____ D. Harding
D. Harding Deputy

1   Robert K. Lewis, State Bar No. 016625
    Christopher A. Treadway, State Bar No. 024171
2   **LEWIS LAW FIRM, PLC**
    2633 E Indian School Road, Suite 360
3   Phoenix, Arizona 85016
    Phone: (602) 443-0402
4   Fax:    (602) 443-0403
    rlewis@lewislawfirmplc.com
5   ctreadway@lewislawfirmplc.com
    *Attorneys for Plaintiffs*
6

7   **In association with:**

8   Amy M. Pokora, State Bar No. 027201
    **POKORA LAW, PLC**
9   2633 E. Indian School Road, Suite 360
    Phoenix, AZ 85016
10  Phone: (602) 889-6666
    Fax:    (602) 889-6681
11  amy@ucalllaw.com
    *Attorney for Plaintiffs*
12

13              **SUPERIOR COURT OF THE STATE OF ARIZONA**
                         **COUNTY OF MARICOPA**
14

15  JESSICA GAUDET, HEIDI GAUDET and          NO.  CV2013-002533
    MELISSA GAUDET, individually, as
16  surviving beneficiaries of Bruce Gaudet,   **DEFAULT JUDGMENT**

17                               Plaintiffs,    (Assigned to the Honorable Katherine
                                                        Cooper)
18  vs.

19
    MICHAEL LEE CRANE and JANE DOE;
20  CRANE, husband and wife; JOHN DOES I-
    X; JANE DOES I-X; fictitious individuals;
21  ABC CORPORATIONS I-X; XYZ;
    PARTNERSHIPS, SOLE;
22  PROPRIETORSHIPS and/or JOINT;
    VENTURES, I-X, fictitious entities
23

24
                                Defendants
25

26

20150696149

The Court, having reviewed and considered Plaintiffs' Motion for Entry of Default Judgment Against Defendant Michael Lee Crane and having found that Defendant Michael Lee Crane did not file an Answer or other responsive pleading, and good cause appearing therefore, hereby enters DEFAULT JUDGMENT against Defendant Michael Lee Crane as follows

IT IS ORDERED THAT:

1. Default Judgment is entered in favor of Plaintiff Heidi Gaudet and against Defendant Michael Lee Crane in the amount of $10,000,000.00.

2. Default Judgment is entered in favor of Plaintiffs Jessica Gaudet, Heidi Gaudet and Melissa Gaudet, and against Defendant Michael Lee Crane for taxable costs in the amount of $191.66.

DATED this 25th day of February , 2015.

Unofficial Document

Honorable Katherine Cooper
Judge of the Superior Court

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest Scptember 28 20 15

MICHAEL K. JEANES, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

By M Piercy Deputy

2

Unofficial
20 Document

07:
ra

When recorded, please sent to:

Lewis and Pokora,
2302 N 3rd Street
Phoenix, Arizona 85004

This area reserved for county recorder

CAPTION HEADING:

Default Judgment

DO NOT REMOVE

This is part of the official document.

Exhibit C

FILED
2/26/15 10:20am
MICHAEL K. JEANES, Clerk
By _____ D. Harding
D. Harding Deputy

1  Robert K. Lewis, State Bar No. 016625
   Christopher A. Treadway, State Bar No. 024171
2  **LEWIS LAW FIRM, PLC**
   2633 E Indian School Road, Suite 360
3  Phoenix, Arizona 85016
   Phone: (602) 443-0402
4  Fax:    (602) 443-0403
   rlewis@lewislawfirmplc.com
5  ctreadway@lewislawfirmplc.com
   *Attorneys for Plaintiffs*
6
7  **In association with:**
8  Amy M. Pokora, State Bar No. 027201
   **POKORA LAW, PLC**
9  2633 E. Indian School Road, Suite 360
   Phoenix, AZ 85016
10 Phone: (602) 889-6666
   Fax:    (602) 889-6681
11 amy@ucalllaw.com
   *Attorney for Plaintiffs*
12
13              **SUPERIOR COURT OF THE STATE OF ARIZONA**
                      **COUNTY OF MARICOPA**
14
15 | JESSICA GAUDET, HEIDI GAUDET and | NO.  CV2013-002533 |
   | MELISSA GAUDET, individually, as | |
16 | surviving beneficiaries of Bruce Gaudet, | **DEFAULT JUDGMENT** |
17 |                                Plaintiffs, | (Assigned to the Honorable Katherine |
18 |                                           |                Cooper) |
   | vs.                                       | |
19 |                                           | |
20 | MICHAEL LEE CRANE and JANE DOE; | |
   | CRANE, husband and wife; JOHN DOES I- | |
21 | X; JANE DOES I-X; fictitious individuals; | |
   | ABC CORPORATIONS I-X; XYZ; | |
22 | PARTNERSHIPS, SOLE; | |
   | PROPRIETORSHIPS and/or JOINT; | |
23 | VENTURES, I-X, fictitious entities | |
24 |                                           | |
25 |                                Defendants | |

26

20150696148

The Court, having reviewed and considered Plaintiffs' Motion for Entry of Default Judgment Against Defendant Michael Lee Crane and having found that Defendant Michael Lee Crane did not file an Answer or other responsive pleading, and good cause appearing therefore, hereby enters DEFAULT JUDGMENT against Defendant Michael Lee Crane as follows

IT IS ORDERED THAT:

1. Default Judgment is entered in favor of Plaintiff Melissa Gaudet and against Defendant Michael Lee Crane in the amount of $10,000,000.00.

2. Default Judgment is entered in favor of Plaintiffs Jessica Gaudet, Heidi Gaudet and Melissa Gaudet, and against Defendant Michael Lee Crane for taxable costs in the amount of $191.68.

DATED this _25th_ day of _February_, 2015.

Unofficial Document

_____
Honorable Katherine Cooper
Judge of the Superior Court

The foregoing instrument is a full, true and correct copy of
the original on file in this office.

Attest _September 28_ 20_15_
MICHAEL K. JEANES, Clerk of the Superior Court of the
State of Arizona, in and for the County of Maricopa.

By_ M Rivera _____ Deputy

2

Unofficial
20 Document

07:
rai

When recorded, please sent to:

Lewis and Pokora,
2302 N 3rd Street
Phoenix, Arizona 85004

This area reserved for county recorder

CAPTION HEADING:

Default Judgment

DO NOT REMOVE

This is part of the official document.

Exhibit D

20150696147

FILED 10:20am
2/26/15
MICHAEL K. JEANES, Clerk
By_____O. Harding
D. Harding Deputy

1  Robert K. Lewis, State Bar No. 016625
   Christopher A. Treadway, State Bar No. 024171
2  **LEWIS LAW FIRM, PLC**
   2633 E Indian School Road, Suite 360
3  Phoenix, Arizona 85016
   Phone: (602) 443-0402
4  Fax:    (602) 443-0403
   rlewis@lewislawfirmplc.com
5  ctreadway@lewislawfirmplc.com
   *Attorneys for Plaintiffs*
6
   **In association with:**
7
   Amy M. Pokora, State Bar No. 027201
8  **POKORA LAW, PLC**
   2633 E. Indian School Road, Suite 360
9  Phoenix, AZ 85016
   Phone: (602) 889-6666
10 Fax:    (602) 889-6681
   amy@ucalllaw.com
11 *Attorney for Plaintiffs*
12
13            **SUPERIOR COURT OF THE STATE OF ARIZONA**
                     **COUNTY OF MARICOPA**
14
15 | JESSICA GAUDET, HEIDI GAUDET and       | NO. CV2013-002533 |
16 | MELISSA GAUDET, individually, as       |                   |
   | surviving beneficiaries of Bruce Gaudet,| **DEFAULT JUDGMENT** |
17 |                              Plaintiffs, | (Assigned to the Honorable Katherine |
18 | vs.                                     |            Cooper) |
19 |                                         |                   |
20 | MICHAEL LEE CRANE and JANE DOE;         |                   |
   | CRANE, husband and wife; JOHN DOES I-   |                   |
21 | X; JANE DOES I-X; fictitious individuals;|                  |
   | ABC CORPORATIONS I-X; XYZ;              |                   |
22 | PARTNERSHIPS, SOLE;                     |                   |
   | PROPRIETORSHIPS and/or JOINT;           |                   |
23 | VENTURES, I-X, fictitious entities      |                   |
24 |                                         |                   |
25 |                              Defendants  |                  |
26

20150696147

The Court, having reviewed and considered Plaintiffs' Motion for Entry of Default Judgment Against Defendant Michael Lee Crane and having found that Defendant Michael Lee Crane did not file an Answer or other responsive pleading, and good cause appearing therefore, hereby enters DEFAULT JUDGMENT against Defendant Michael Lee Crane as follows

IT IS ORDERED THAT:

1. Default Judgment is entered in favor of Plaintiff Jessica Gaudet and against Defendant Michael Lee Crane in the amount of $10,000,000.00.

2. Default Judgment is entered in favor of Plaintiffs Jessica Gaudet, Heidi Gaudet and Melissa Gaudet, and against Defendant Michael Lee Crane for taxable costs in the amount of $191.66.

DATED this 25ᵗʰ day of ___February___, 2015.

Unofficial Document

_____
Honorable Katherine Cooper
Judge of the Superior Court

The foregoing instrument is a full, true and correct copy of the original on file in this office.

Attest ___September 28___ 20_15

MIC EL K. JEANES, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

By___M. Piercy___Deputy

2

Unofficial
20: Document

07:
rai

When recorded, please sent to:

Lewis and Pokora,
2302 N 3rd Street
Phoenix, Arizona 85004

This area reserved for county recorder

CAPTION HEADING:

Default Judgment

DO NOT REMOVE

This is part of the official document.

Exhibit E



MAY 2 2 2017

1  Robert K. Lewis, State Bar No. 016625      In association with:
   Christopher A. Treadway, State Bar No. 024171
2  **LEWIS LAW FIRM, PLC**                    Amy M. Pokora, State Bar No. 027201
   2302 N. 3rd Street                          **POKORA LAW, PLC**
3  Phoenix, AZ 85004                           2302 N. 3rd Street
   Phone: (602) 889-6666                       Phoenix, AZ 85004
4  Fax:    (602) 252-1447                      Phone: (602) 889-6666
   rob@lewisandpokora.com                      Fax:    (602) 252-1447
5  chris@lewisandpokora.com                    amy@lewisandpokora.com
   *Attorneys for Plaintiffs*                  *Attorney for Plaintiffs*
6

7                    **SUPERIOR COURT OF ARIZONA**

8                      **COUNTY OF MARICOPA**

9
10  JESSICA GAUDET, HEIDI GAUDET and     Case No.    CV 2017-000283
    MELISSA GAUDET, individually, as                 STATE OF ARIZONA
11  surviving beneficiaries of Bruce Gaudet,          DEPT. OF INSURANCE

12                        Plaintiffs,      **SUMMONS**
                                                          MAY 1 6 2017
13            vs.                                  TIME 2:50 PM
                                                    SERVICE OF PROCESS
14  ELECTRIC INSURANCE COMPANY, a
    Massachusetts company;  JOHN and JANE
15  DOES I through X, fictitious individuals;
    ABC CORPORATIONS I-X, MUNICIPAL
16  CORPORATIONS I-X; XYZ
    PARTNERSHIPS, SOLE
17  PROPRIETORSHIPS and/or JOINT
    VENTURES I-X, fictitious entities,
18
                        Defendants.
19

20  **THE STATE OF ARIZONA TO:       ELECTRIC INSURANCE COMPANY**

21

22

23        YOU ARE HEREBY SUMMONED and required to appear and defend, within the time

24  applicable in this action in this Court.  If served within Arizona, you shall appear and defend

    within 20 days after the service of the Summons and Complaint upon you, exclusive of the day
25  of service.  If served out of the State of Arizona – whether by direct service, by registered or

26  certified mail, or by publication – you shall appear and defend within 30 days after the service

of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of the first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. RCP 10(d); ARS § 12-311; RCP 5.

The names and address of Plaintiff's attorneys are:

Robert K. Lewis
Christopher A. Treadway
Lewis Law Firm, P.L.C.
2302 N 3rd Street
Phoenix, Arizona 85004

and

Amy M. Pokora
2302 N 3rd Street
Phoenix, Arizona 85004

2

1  |  SIGNED AND SEALED this Date: _____ FEB 2 3 2017 _____

2  |  **MICHAEL K. JEANES, CLERK**

3  |  Clerk

4  |  By _____

5  |  Deputy Clerk.
   |  A. Valenzuela

6  |  Deputy Clerk

3

Exhibit F



UNITED STATES POSTAGE
02 1M
0004243156   MAY 17 2017
$ 07.71⁰
MAILED FROM ZIP CODE 85007

MAY 2 2 2017

CERTIFIED MAIL

7017 0530 0000 3037 8747

ELECTRIC INS CO
LISA R. PIERCE
75 SAM FONZO DR.
BEVERLY, MA 01915
CV2017-000283

ARIZONA DEPARTMENT OF INSURANCE
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269

Exhibit G

COPY

Robert K. Lewis, State Bar No. 016625
Christopher A. Treadway, State Bar No. 024171
**LEWIS LAW FIRM, PLC**
2302 N. 3rd Street
Phoenix, AZ 85004
Phone: (602) 889-6666
Fax:     (602) 252-1447
rob@lewisandpokora.com
chris@lewisandpokora.com
*Attorneys for Plaintiffs*

In association with:                    FEB 28 2017

Amy M. Pokora, State Bar No. 027201
**POKORA LAW, PLC**
2302 N. 3rd Street
Phoenix, AZ 85004
Phone: (602) 889-6666
Fax:     (602) 252-1447
amy@lewisandpokora.com
*Attorney for Plaintiffs*

MICHEL K. JEANES, CLERK
A. VALENZUELA
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA

## COUNTY OF MARICOPA

JESSICA GAUDET, HEIDI GAUDET and
MELISSA GAUDET, individually, as
surviving beneficiaries of Bruce Gaudet,

            Plaintiffs,

vs.

ELECTRIC INSURANCE COMPANY, a
Massachusetts company; JOHN and JANE
DOES I through X, fictitious individuals;
ABC CORPORATIONS I-X, MUNICIPAL
CORPORATIONS I-X; XYZ
PARTNERSHIPS, SOLE
PROPRIETORSHIPS and/or JOINT
VENTURES I-X, fictitious entities,

            Defendants.

Case No.   CV 2017-000283

**DEMAND FOR JURY**

         Plaintiffs, by and through undersigned counsel, hereby request a trial by jury on all

issues in the above-captioned matter

         DATED this 23rd day of February, 2017.

                              **LEWIS LAW FIRM, PLC**

                              By: _____
                                   Robert K. Lewis
                                   Christopher A. Treadway
                                   *Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

In association with:

**POKORA LAW, PLC**

Amy M. Pokora
*Attorneys for Plaintiffs*

2

Exhibit H

COPY

FEB 2 3 2017

MICHAEL K. JEANES, CLERK
A VALENZUELA
DEPUTY CLERK

1   Robert K. Lewis, State Bar No. 016625
    Christopher A. Treadway, State Bar No. 024171
2   **LEWIS LAW FIRM, PLC**
    2302 N. 3rd Street
3   Phoenix, AZ 85004
    Phone: (602) 889-6666
4   Fax:    (602) 252-1447
    rob@lewisandpokora.com
5   chris@lewisandpokora.com
    *Attorneys for Plaintiffs*
6

In association with:

Amy M. Pokora, State Bar No. 027201
**POKORA LAW, PLC**
2302 N. 3rd Street
Phoenix, AZ 85004
Phone: (602) 889-6666
Fax:    (602) 252-1447
amy@lewisandpokora.com
*Attorney for Plaintiffs*

7

8                    **SUPERIOR COURT OF ARIZONA**

9                        **COUNTY OF MARICOPA**

10  JESSICA GAUDET, HEIDI GAUDET and
    MELISSA GAUDET, individually, as
11  surviving beneficiaries of Bruce Gaudet,
12
                          Plaintiffs,
13
         vs.
14
    ELECTRIC INSURANCE COMPANY, a
15  Massachusetts company; JOHN and JANE
    DOES I through X, fictitious individuals;
16  ABC CORPORATIONS I-X; MUNICIPAL
    CORPORATIONS I-X; XYZ
17  PARTNERSHIPS, SOLE
    PROPRIETORSHIPS and/or JOINT
18  VENTURES I-X, fictitious entities,
19
                          Defendants.

CV 2017-000283

Case No.

**CERTIFICATE OF ARBITRATION**

20

21      Plaintiffs, by and through counsel undersigned, and pursuant to Rule 72(e),

22  Ariz.R.Civ.P., certify that they know the dollar limits and any other limitations set forth by the

23  local rules of practice for the Maricopa County Superior Court and this case **IS NOT** subject to

24  Compulsory Arbitration.

25

26