IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Gaudet, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Electric Insurance Company, et al., <br><br> Defendants. | No. CV-17-01722-PHX-SPL <br><br> **ORDER** |

Before the Court is the parties' Stipulation for Dismissal (Doc. 13). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 13) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 5th day of July, 2017.

Honorable Steven P. Logan
United States District Judge